IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter: 13 |
| Freddie Lawson<br>SSN: xxx-xx-8766 | Case No.: 14-32358-DHW |
| Debtor | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY FILED BY WELLS FARGO BANK, N.A. AND REQUEST FOR TELEPHONIC HEARING

Comes now WELLS FARGO BANK, N.A., (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and moves this Honorable Court to set this matter for telephonic hearing and lift the automatic stay in the above-referenced Debtor(s)' Chapter 13 bankruptcy, and to also lift the co-debtor stay, in effect for, Levease A Townsend, and in support thereof, Creditor avers as follows:

1. This Debtor filed their bankruptcy petition with this Court on 9/4/2014.

2. This Honorable Court has jurisdiction to hear these matters and enter final orders pursuant to 28 U.S.C. §§ 157 and 1334; and 11 U.S.C. § 362. The Motion for Relief from Automatic Stay constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 4001(a) and 9014.

3. The Creditor holds a mortgage lien on the property commonly referred to as 581 Emerson Street, Rochester, NY 14613, and more fully described in the mortgage and note.

4. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor,

directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5. This Motion is based upon the Debtor's intended surrender of the subject property.

6. The Debtors' actions have caused unreasonable delay that is prejudicial to the Creditor. Further, the Creditor is not adequately protected.

7. The Creditor desires to protect its interests and proceed with taking possession of the property.

## MOTION FOR RELIEF FROM CO-DEBTOR STAY

8. Levease A Townsend is a co-signer on the mortgage and/or note between the parties.

9. The Debtors' actions and plan provisions have failed to provide the Creditor adequate protection of its rights and interests under its mortgage, mortgage loan and security agreement.

10. The Creditor desires to pursue the Co-Debtor, Levease A Townsend, for this debt.

## WAIVER OF FED. R. BANKR. P. 4001(a)(3)

11. This is a Chapter 13 bankruptcy case. The Debtor either knows, should know, or has been informed by Debtors' Counsel of the rules of this Bankruptcy Court and the potential penalties for non-compliance. Therefore, the Creditor requests this court waive the fourteen day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(3).

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will set this matter for telephonic hearing and to lift, modify, or terminate the automatic stay now in force and effect and shall further terminate the Co-Debtor stay now in force and effect in order that the Creditor may obtain possession of its collateral and may enforce

any and all of its state law rights and remedies in and to the subject collateral; the Creditor further requests that his Court waive the effect of Fed. R. Bankr. P. 4001(a)(3). Creditor further requests relief from applicable provisions of FRBP 3002.1, once relief from the stay is granted by Court Order. Creditor further requests relief from stay in order to enforce any and all Creditor's rights, title, and interest in and to the subject property, under applicable non-bankruptcy law.

                Respectfully submitted,

                /s/ Enslen Crowe
                Enslen Crowe (CRO-098)
                ✓Diane Murray (MUR-048) *dcm*
                Donald M. Wright (WRI-021)
                Thomas G. Tutten, Jr. (TUT-003)
                Janna L. Ifshin (IFS-001)
                Attorney for Creditor

OF COUNSEL:

Enslen Crowe
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013/Fax: (205) 212-2989
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing pleading was mailed, first class postage prepaid to the following:

Freddie Lawson
168 Spring Valley Road
Montgomery, AL 36116

Levease A Townsend
581 Emerson Street
Rochester, NY 14613

and served via electronic case management to:

Joshua C. Milam
Shinbaum & Campbell
566 S. Perry Street
Montgomery, AL 36104
jmilam@smclegal.com

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

On this the 21st day of October, 2014.

/s/ Enslen Crowe
OF COUNSEL